UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                            CASE NO: 11-04053-3F7
Amanda Dickinson,
Debtor(s).
_____/

### NOTICE OF APPEARANCE OF COUNSEL FOR CREDITOR

The firm of Hiday & Ricke, P.A., does hereby give notice of its appearance as legal counsel for 121 Financial Credit Union f/k/a Florida Telco Credit Union, creditor in this cause, and requests that copies of all pleadings and papers of any type which are filed herein be sent to the undersigned.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded electronically or by U.S. Mail, this 10th day of November, 2011 to: Amanda Dickinson, 3518 Bougainvillea St, Jacksonville, FL 32254, John J Freeman, 1665 Kingsley Avenue, Suite 108, Orange Park, FL 32073, Jerrett M. McConnell, 1756 University Blvd South, Jacksonville, FL 32216, Aaron R. Cohen, P.O. Box 4218, Jacksonville, FL 32201-4218 and the Assistant U.S. Trustee, 135 W. Central Blvd. Rm. 620, Orlando, FL 32801.

Hiday & Ricke, P.A.

By: _____
Jeffrey R. Becker, Esquire
Post Office Box 550858
Jacksonville, FL 32255
(904) 363-2769  Fax: (904) 363-0538
Email: litigate@hidayricke.com
Florida Bar No.: 0792977
File # 201001259

